Highway Realty Co., Plaintiff-Appellant, v. Eugene Leon Blake and Johannah Blake, Defendants-Appellees.

Gen. No. 48,737. (Abstract of Decision.)

First District, First Division.

July 9, 1962.

Opinion by MR. JUSTICE MURPHY. Not to be published in full.